UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sony Corporation, *et al.*<br>1-7-1 Konan, Minato-ku<br>Tokyo 108-0075, Japan,<br><br>             Complainants,<br>    v.<br><br>FUJIFILM Holdings Corporation, *et al.*<br>7-3 Akasaka 9-chome, Minato-ku,<br>Tokyo 107-0052, Japan,<br><br>             Respondents. | Misc. Action No. 17-mc-_____<br><br>(On Application from U.S. International Trade Commission Investigation No. 337-TA-1036) |

**UNOPPOSED APPLICATION FOR THE ISSUANCE OF
A DEPOSITION ORDER / COMMISSION
UPON RECOMMENDATION OF THE U.S. INTERNATIONAL TRADE COMMISSION**

      FUJIFILM Holdings Corporation, FUJIFILM Corporation, FUJIFILM Holdings America Corporation, and FUJIFILM Recording Media U.S.A., Inc. (collectively, "FUJIFILM"), the respondent in the above-captioned International Trade Commission Investigation applies, unopposed, for the issuance of an Order/Commission on behalf of both FUJIFILM and complainants Sony Corporation, Sony Storage Media and Devices Corporation, Sony DADC US Inc., and Sony Latin America Inc. (collectively, "Sony") to obtain deposition testimony from employees of Sony and FUJIFILM, respectively, in Tokyo, Japan. A Joint Motion for Recommendation to the District Court for the District of Columbia to Issue an Order / Commission for the Taking of Depositions in Tokyo, Japan (Exhibit 1), and a Proposed Order are attached.

      Sony and FUJIFILM have jointly moved the U.S.I.T.C. Administrative Law Judge to issue the attached Order No. 8, a Recommendation signed by Administrative Law Judge Theodore R. Essex in Investigation No. 337-TA-1036 that this Court issue the requested

Deposition Order/Commission for the Taking of Depositions in Japan, requiring depositions of the stated individuals at the United States Embassy in Tokyo, Japan. (Exhibit 2).

The requested Order/Commission permits any consul or vice consul of the United States to take and transcribe the requested depositions in the United States Embassy in Tokyo, Japan, and is necessary because the government of Japan strictly interprets Article 17 of the U.S. - Japan Consular Convention (*see* Consular Convention & Protocol, T.I.A.S. No. 5602, Art. 17(1)(e)(ii)-(iii) (Aug. 1, 1964)), requiring a commission be issued by a court in the United States. *See also* Fed. R. Civ. P. 28(b)(2). This Court has the authority to issue the requested Order/Commission pursuant to the All Writs Act, 28 U.S.C. § 1651. *See also In the Matter of Certain Magnetic Data Storage Tapes and Cartridge Containing the Same*, Misc. Action No. 1:16-mc-01887 (D.D.C. Sept. 7, 2016); *In the Matter of Certain Magnetic Data Storage Tapes and Cartridge Containing the Same*, Misc. Action No. 1:16-mc-91272-FDS (D. Mass. Sept. 15, 2016).

FUJIFILM respectfully requests that this Court issue an Order/Commission on an expedited basis, in substantially the form of the enclosed Proposed Order. The urgency for the requested Order/Commission is necessitated by the deadlines within which the U.S. embassy in Japan requires receipt of same, as well as the time frame within which international travel visas need to be applied for and secured. In light of the depositions beginning on May 15, 2017 at the Tokyo embassy in Japan, FUJIFILM respectfully requests that this Court issue the Order/Commission by May 10, 2017 so that the appropriate documents shall be provided to the U.S embassy prior to the commencement of depositions on May 15, 2017.

Dated: May 5, 2017

Respectfully submitted,

*[signature]*

Thomas C. Martin (D.C. Bar No. 986,325)
Lisa M. Kattan
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 639-7700
Fax: (202) 639-7890

Robert C. Scheinfeld
Robert L. Maier
Paul A. Ragusa
Jennifer C. Tempesta
Michael Knierim
Stephanie Diehl
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408-2500
Fax: (212) 408-2501

Syed Fareed
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
Phone: (512) 322-2500
Fax: (512) 322-2501

Eliot D. Williams
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Phone: (650) 739-7500
Fax: (650) 739-7699

*Attorneys for Respondents*
*FUJIFILM Holdings Corporation,*
*FUJIFILM Corporation, FUJIFILM*
*Holdings America Corporation, and*
*FUJIFILM Recording Media U.S.A.,*
*Inc.*

**CERTIFICATE OF SERVICE**

I certify that I am causing this document to be filed by hand on May 5, 2017. I further certify that I am causing to be served a copy of this document via email to counsel for the other parties in the above-captioned International Trade Commission Investigation, per the agreement of counsel.

_____
Thomas C. Martin